**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS P. NELSON A.K.A. DOUGLAS P. NELSEN; CHRISTINE K. NELSON A.K.A. CHRISTINE K. NELSEN; JP MORGAN CHASE BANK, N.A.; U.S. BANK N.A.; CREDIT SUISSE SECURITIES (USA) LLC; STEWART TITLE OF CALIFORNIA, INC.; ST AGNES INVESTMENTS, 52-9873134 TRUST DATED DECEMBER 4, 1998; TRUSTEE OF THE ST AGNES INVESTMENTS, 52-9873134 TRUST DATED DECEMBER 4, 1998; AND STATE OF CALIFORNIA FRANCHISE TAX BOARD<br><br>    Defendants. | Case No.  5:20-cv-02084-JWH-SHK<br><br>JUDGMENT ON TAX ASSESSMENTS<br><br>Hon. John W. Holcomb |

Based upon the Stipulation For Entry of Judgment and Order of Sale ("Stipulation"), and for good cause showing:

**IT IS ORDERED** that, as of June 30, 2022, Douglas P. Nelson a.k.a. Douglas P. Nelsen ("Douglas Nelson") is indebted to the United States for outstanding federal income tax liabilities for the 2003 to 2007 tax periods in the amount of $223,520.80[1] as follows:

| Tax Year | Balance as of 06/30/2022[2] |
| --- | --- |
| 2003 | $39,818.88 |
| 2004 | $50,115.97 |
| 2005 | $79,626.26 |
| 2006 | $32,424.00 |
| 2007 | $21,535,69 |
| Total | $223,520.80 |

**IT IS ORDERED** that, as of June 30, 2022, Christine K. Nelson a.k.a. Christine K. Nelsen ("Christine Nelson") is indebted to the United States for outstanding federal income tax liabilities for the 2003 to 2007 tax periods in the amount of $228,172.73[3] as follows:

---

[1] Interest and penalties shall accrue in accordance with the laws of the United States.

[2] Interest and penalties shall accrue in accordance with the laws of the United States.

[3] Interest and penalties shall accrue in accordance with the laws of the United States.

| Tax Year | Balance as of 06/30/2022[4] |
|---|---|
| 2003 | $44,469.37 |
| 2004 | $50,115.97 |
| 2005 | $79,626.26 |
| 2006 | $32,424.82 |
| 2007 | $21,536.31 |
| Total | $228,172.73 |

**IT IS FURTHER ORDERED** that judgment is entered in favor of the United States and against Douglas Nelson for the United States' first claim of relief to reduce tax assessments against Douglas Nelson to judgment in the amount of $223,520.80 as of June 30, 2022. Interest and penalties on the judgment shall accrue in accordance with the laws of the United States.

**IT IS FURTHER ORDERED** that judgment is entered in favor of the United States and against Christine Nelson for the United States' first claim of relief to reduce tax assessments against Christine Nelson in the amount of $228,172.73 as of June 30, 2022. Interest and penalties on the judgment shall accrue in accordance with the laws of the United States.

**IT IS SO ORDERED.**

DATED: July 26, 2022

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[4] Interest and penalties shall accrue in accordance with the laws of the United States.